Florence S. Hyman, Appellant, v. Walter E. Sachs et al., Individually and as Copartners Doing Business under the Name of Goldman, Sachs & Co., et al., Respondents.

Argued October 14, 1949; decided November 17, 1949.

*Charles H. Lieb, Lenard H. Mandel* and *Louis B. Resnick* for appellant.

*Leo J. Rosett* and *Morris L. Wolf* for Josephthal & Co., respondent.

*Robert L. Augenblick* and *Edward H. Green* for Walter E. Sachs and others, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.